IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WHAM-O HOLDING, LTD, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ANHUIXINGYUAN, et al., <br><br> Defendants. | **FILED UNDER SEAL** <br><br> Civil Action No. 25-CV-5943-JPB |

**AFFIDAVIT OF SERVICE**

I, David M. Lilenfeld, declare as follows:

1. As authorized by this Court in its November 5, 2025, Orders [Dkts. 10 and 11] all Defendants were served by electronic mail to the addresses provided to Plaintiff by the e-commerce platforms furnishing services to Defendants ("Marketplaces") or, in the case of Does 230, 308 and 346 who were served by Plaintiff informing the Marketplace to serve them through the Marketplace platform, which are reasonably calculated to provide notice to all Defendants.

2. The Marketplaces effectuated the requests in the Temporary Restraining Order [Dkt. #10] and provided accurate email information for each

1

Defendant listed in Schedule A to the Complaint with the exception of three Defendants[1] which have been served directly through the Temu platform.

3. True and correct copies of the Complaint [Dkt. #1], Summonses, Temporary Restraining Order [Dkt. #10], and all other documents filed in this case were served on all Defendants on November 24, 2025, including notice that the Court extended the Temporary Restraining Order and reset the hearing on Plaintiffs' Motion for Preliminary Injunction to December 2, 2025, at 11:45 A.M [Dkt. #14]. Included in Plaintiff's service email to Defendants was the email from Judge J.P. Boulee's Deputy Clerk informing Plaintiff of the time change for this hearing from the time indicated in Dkt. #14 (9:45 A.M.) to the corrected time for the hearing (11:45 A.M.).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24th day of November, 2025 at Atlanta, Georgia.

*/s/ David M. Lilenfeld*
David M. Lilenfeld

---

[1] The Temu platform was unable to provide e-mail addresses for the following three Defendants: Doe #230 kouminyou, Doe #308 WANGMH, and Doe #346 Zhous Pet Products Supermarke, and have instead served these three Defendants directly via the Temu platform.