IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

WHAM-O HOLDING, LTD, et al.,

    Plaintiffs,

v.

ANHUIXINGYUAN, et al.,

    Defendants.

Civil Action No. 25-cv-5943-JPB

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby dismiss without prejudice all causes of action in the Complaint against the following Defendants identified in Schedule A to the Complaint:

| Defendant Seller Name | DOE No. |
|---|---|
| Cybemage-US-Direct | 15 |
| JENNY | 30 |
| Tamily | 57 |
| TondooStore | 59 |
| Tribot | 60 |
| Bangduola Electronic Tech Trade Co.Ltd | 78 |
| Charkool Store | 83 |
| SEMEZUXX | 147 |
| CurioBox | 201 |
| Halemon | 210 |
| Lorapriti | 242 |
| Martinst | 251 |
| ourhouser | 258 |
| Runaway Wheel | 275 |

| The Bella A | 292 |
|---|---|

Each party shall bear their own attorney's fees and costs. Defendants have not filed an answer or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1)(A)(i) is appropriate.

Dated: December 26, 2025  Respectfully submitted,

*/s/ David M. Lilenfeld*
David M. Lilenfeld
Georgia Bar No. 45299
**WHITEWOOD LAW PLLC**
5555 Glenridge Connector, Suite 200
Atlanta, GA 30342
Telephone: (404) 663-3349
Email: david@whitewoodlaw.com

*Counsel for Plaintiff*