# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

WHAM-O HOLDING, LTD., et al.,

      Plaintiffs,

v.

ANHUIXINGYUAN, et al.,

      Defendants.

Civil Action No. 25-CV-5943-JPB

## PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT

Wham-O Holding, Ltd. And Intersport Corp. d/b/a WHAM-O ("Plaintiffs"), pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, hereby respectfully move for a default judgment as to the Defendants who have been served with process but have failed to reply to the Complaint.

Based on the admissions-by-default of the factual allegations in the Complaint, Plaintiffs seek a default judgment (1) holding Defaulting Defendants jointly and severally liable for trademark infringement as alleged in the Complaint, (2) finding the infringement was willful, (3) awarding statutory damages of $100,000 per defaulting defendant for trademark infringement; and (4) issuing a permanent injunction.

1

In support of this Motion, Plaintiffs submit the accompanying Memorandum of Law. A Proposed Judgment is also attached for the Court's convenience.

Dated: February 12, 2026                    Respectfully submitted,


*/s/ Abby M. Neu*
Abby M. Neu
Georgia Bar No. 200207
**WHITEWOOD LAW PLLC**
5555 Glenridge Connector, Suite 200
Atlanta, GA 30342
Telephone: (872) 294-3263
Email: aneu@whitewoodlaw.com

*Counsel for Plaintiffs*