### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

WHAM-O HOLDING, LTD, et al.,

      Plaintiffs,

v.

ANHUIXINGYUAN, et al.,

      Defendants.

Civil Action No. 25-cv-5943-JPB

## <u>PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL</u>

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby dismiss without prejudice all causes of action in the Complaint against the following Defendants identified in Schedule A to the Complaint:

| Defendant Seller Name | DOE No. |
|---|---|
| Sanmuke | 276 |
| YEEQIU | 333 |

Each party shall bear their own attorney's fees and costs. Defendants have not filed an answer or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1)(A)(i) is appropriate.

1

Dated: June 5, 2026                    Respectfully submitted,

                                       _/s/ Abby M. Neu_
                                       Abby M. Neu
                                       Georgia Bar No. 200207
                                       **WHITEWOOD LAW PLLC**
                                       5555 Glenridge Connector, Suite 200
                                       Atlanta, GA 30342
                                       Telephone: (872) 294-3263
                                       Email: aneu@whitewoodlaw.com

                                       _Counsel for Plaintiffs_

2