IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

WHAM-O HOLDING, LTD, et al.,

    Plaintiffs,

v.

ANHUIXINGYUAN, et al.,

    Defendants.

Civil Action No. 25-cv-5943-JPB

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby dismiss without prejudice all causes of action in the Complaint against the following Defendants identified in Schedule A to the Complaint:

| Defendant Seller Name | DOE No. |
|---|---|
| Be careful | 3 |
| dasjn | 202 |
| rongfajituaneight | 271 |
| rongfajituanthththree | 272 |
| Shenzhen Luohu clothing | 278 |
| wenjuseven | 313 |
| YEEQIU | 333 |

Each party shall bear their own attorney's fees and costs. Defendants have not filed an answer or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1)(A)(i) is appropriate.

1

Dated: Friday, June 12, 2026             Respectfully submitted,

<u>/s/ Abby M. Neu</u>
Abby M. Neu
Georgia Bar No. 200207
**WHITEWOOD LAW PLLC**
5555 Glenridge Connector, Suite 200
Atlanta, GA 30342
Telephone: (872) 294-3263
Email: aneu@whitewoodlaw.com

*Counsel for Plaintiffs*

2